OFFICE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

08 CV 03284

OPERA SOLUTIONS LLC,
OPSOL GLOBAL LTD. and
OPERA SOLUTIONS SHANGHAI LTD.
     Plaintiffs,

 - against –

XIAODONG YAN, XDYAN, LLC and
DIA ASSOCIATES, LLC,

     Defendants.
------------------------------------------------------------X

Civil Action No. _____

RECEIVED APR 01 2008 U.S.D.C. S.D. N.Y. CASHIERS

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Opera Solutions LLC ("Opera Solutions") hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of the stock of Opera Solutions.

Dated: Hartford, CT
   April 1, 2008

            THELEN REID BROWN RAYSMAN
            & STEINER, LLP

            By: _____, Esq.
            Kristi E. Mackin, Esq.
            Attorneys for Plaintiffs
            875 Third Avenue
            New York, New York 10022
            (212) 603-2000

CT #170138 v1