

OFFICE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

OPERA SOLUTIONS LLC,
OPSOL GLOBAL LTD. and
OPERA SOLUTIONS SHANGHAI LTD.
           Plaintiffs,

      - against –

XIAODONG YAN,  XDYAN, LLC and
DIA ASSOCIATES, LLC,

           Defendants.

---------------------------------------------------------X

Civil Action No.

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Opera Solutions Shanghai

Ltd. ("Opera Shanghai") hereby states that:

1.      OpSol Global Ltd. owns 100% of the stock of Opera Shanghai.  OpSol Global Ltd.

        is not a publicly held company.

2.      Opera Solutions LLC (not publicly held) is the parent company of OpSol

        Global Ltd.

Dated:  Hartford, CT
        April 1, 2008

                      THELEN REID BROWN RAYSMAN
                      & STEINER, LLP

              By:_____,Esq.
                    Kristi E. Mackin, Esq.
                    Attorneys for Plaintiffs
                    875 Third Avenue
                    New York, New York 10022
                    (212) 603-2000

CT #170139 v1