Scott H. Wyner
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, New York 10022
(212) 603-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
OPERA SOLUTIONS LLC,                                        :   Civil Action No. 08 CV 03284 (HB)
OPSOL GLOBAL LTD., and                                      :
OPERA SOLUTIONS SHANGHAI LTD.,                              :
                                                            :
            Plaintiffs,                                     :
                                                            :
      - against –                                           :
                                                            :
XIAODONG YAN, XDYAN, LLC and                                :
DIA ASSOCIATES, LLC,                                        :
                                                            :
            Defendants.                                     :
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Scott H. Wyner, Esq. of Thelen Reid Brown Raysman & Steiner LLP hereby appears as counsel of record to Plaintiffs and hereby requests that service upon Plaintiffs of all papers and notices of all proceedings in the above action be sent to the undersigned.

Dated: New York, New York
       April 4, 2008

                                THELEN REID BROWN RAYSMAN
                                & STEINER LLP


                                By: */s/ Scott H. Wyner*
                                    Scott H. Wyner
                                    875 Third Avenue
                                    New York, New York 10022
                                    (212) 603-2000
                                    *Attorneys for Plaintiffs*

CT #170319 v1