UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OPERA SOLUTIONS LLC,
OPSOL GLOBAL LTD., and
OPERA SOLUTIONS SHANGHAI LTD.,

        Plaintiffs,

- against –

XIAODONG YAN, XDYAN, LLC and
DIA ASSOCIATES, LLC,

        Defendants.
------------------------------------------------------------X

Civil Action No. 08 CV 03284 (HB)

## MOTION FOR WITHDRAWAL OF KRISTI E. MACKIN

PLEASE TAKE NOTICE that, effective as of Monday, April 7, 2008, Kristi E. Machin will withdraw as counsel to Plaintiffs. Pursuant to Rule 1.4 of the Local Civil Rules, an Affidavit in Support of this Withdrawal is attached hereto.

PLEASE TAKE FURTHER NOTICE that all further notices in this case should be delivered to:

        Scott H. Wyner, Esq.
        Thelen Reid Brown Raysman & Steiner LLP
        875 Third Avenue
        New York, NY 10022

Dated: Hartford, Connecticut
      April 4, 2008

        THELEN REID BROWN RAYSMAN & STEINER LLP

        By *[signature]*
        Kristi E. Mackin
        Thelen Reid Brown Raysman & Steiner LLP
        185 Asylum Street
        CityPlace II/10th Floor
        Hartford, CT 06103
        Telephone: (860) 275-6400
        Facsimile: (860) 275-6410

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OPERA SOLUTIONS LLC,                      :   Civil Action No. 08 CV 03284 (HB)
OPSOL GLOBAL LTD., and                    :
OPERA SOLUTIONS SHANGHAI LTD.,            :
                                          :
             Plaintiffs,                  :
                                          :
   - against –                            :
                                          :
XIAODONG YAN, XDYAN, LLC and              :
DIA ASSOCIATES, LLC,                      :
                                          :
             Defendants.                  :
                                          :
------------------------------------------------------------X

## AFFIDAVIT OF KRISTI E. MACKIN

STATE OF CONNECTICUT )
                     )ss.:
COUNTY OF HARTFORD   )

KRISTI E. MACKIN, being duly sworn, deposes and says:

1.  I am an associate of the law firm of Thelen Reid Brown Raysman & Steiner LLP ("Thelen"), counsel to Plaintiffs in the above-entitled action. I make this affidavit in support of my Motion to Withdraw as counsel of record for Plaintiffs.

2.  Effective Monday, April 7, 2008, I shall no longer be associated with Thelen as I will be joining another firm.

3.  On April 4, 2008, Scott H. Wyner, Esq. of Thelen has appeared as counsel for Plaintiffs.

CT #170323 v1

4. Defendant will not be prejudiced by my withdrawal at this stage as the Complaint has just been filed, and Defendant has not yet appeared

_____
Kristi E. Mackin

Sworn to before me this
4th day of April, 2008.

_____
Notary Public

CARLA V. CANTY
NOTARY PUBLIC
MY COMMISSION EXPIRES NOV. 30, 2008