George C. Springer., Jr.
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, New York 10022
(212) 603-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
: **ECF CASE**
OPERA SOLUTIONS LLC, :
OPSOL GLOBAL LTD., and :
OPERA SOLUTIONS SHANGHAI LTD., : Civil Action No. 08 CV 3284 (HB)
:
Plaintiffs, :
:
- against – :
:
XIAODONG YAN, XDYAN, LLC and :
DIA ASSOCIATES, LLC, :
:
Defendants. :
-------------------------------------------------------------X

**PLEASE TAKE NOTICE** that George C. Springer, Jr., Esq. of Thelen Reid Brown Raysman & Steiner LLP hereby appears as counsel of record to Plaintiffs and hereby requests that service upon Plaintiffs of all papers and notices of all proceedings in the above action be sent to the undersigned.

Dated: Hartford, CT
April 7, 2008

THELEN REID BROWN RAYSMAN
& STEINER LLP

By: */s/ George C. Springer, Jr.*
George C. Springer, Jr.
875 Third Avenue
New York, New York 10022
(212) 603-2000
*Attorneys for Plaintiffs*

CT #170358 v1