UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
OPERA SOLUTIONS LLC,                              :   Civil Action No. 08 CV 03284 (HB)
OPSOL GLOBAL LTD., and                            :
OPERA SOLUTIONS SHANGHAI LTD.,                    :
                                                  :
             Plaintiffs,                          :
                                                  :
      - against –                                 :
                                                  :
XIAODONG YAN, XDYAN, LLC and                      :
DIA ASSOCIATES, LLC,                              :
                                                  :
             Defendants.                          :
                                                  :
------------------------------------------------------------X

## AFFIDAVIT OF KRISTI E. MACKIN

STATE OF CONNECTICUT )
                     )ss.:
COUNTY OF HARTFORD   )

   KRISTI E. MACKIN, being duly sworn, deposes and says:

   1.   I am an associate of the law firm of Thelen Reid Brown Raysman & Steiner LLP ("Thelen"), counsel to Plaintiffs in the above-entitled action. I make this affidavit in support of my Motion to Withdraw as counsel of record for Plaintiffs.

   2.   Effective Monday, April 7, 2008, I shall no longer be associated with Thelen as I will be joining another firm.

   3.   On April 4, 2008, Scott H. Wyner, Esq. of Thelen has appeared as counsel for Plaintiffs.

CT #170323 v1

4. Defendant will not be prejudiced by my withdrawal at this stage as the Complaint has just been filed, and Defendant has not yet appeared

_____
Kristi E. Mackin

Sworn to before me this
____ day of April, 2008.

_____
Notary Public

CARLA V. CANTY
NOTARY PUBLIC
MY COMMISSION EXPIRES NOV. 30, 2008