UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
OPERA SOLUTIONS LLC,                          : **ECF CASE**
OPSOL GLOBAL LTD., and                        :
OPERA SOLUTIONS SHANGHAI LTD.,                :
                                              : Civil Action No. 08 CV 03284 (HB)
         Plaintiffs,                          :
                                              :
      - against –                             :
                                              :
XIAODONG YAN, XDYAN, LLC,                     : **AFFIDAVIT OF SERVICE**
DIA ASSOCIATES, LLC, IVO NIKOLOV and          :
ANDREY S. KULJIEV                             :
                                              :
         Defendants.                          :
---------------------------------------------------------X

STATE OF CONNECTICUT  )
                      ) ss.:
COUNTY OF HARTFORD    )

   Brenda M. Hamilton, being duly sworn, deposes and says:

   I am not a party to the action, am over 18 years of age and reside in Manchester, Connecticut.

   On the 10th day of April, 2008, I served a true copy of the Amended Complaint by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of Connecticut, addressed to the last known addresses of the addressees as indicated below:

| Mr. Xiaodang Yan | XDYAN, LLC | DIA Associates, LLC |
| 54 Blazier Rd. | 54 Blazier Rd. | 54 Blazier Rd. |
| Martinsville, NJ 08836 | Martinsville, NJ 08836 | Martinsville, NJ 08836 |

                                          _Brenda M. Hamilton_
                                          Brenda M. Hamilton

Sworn to before me this
10th day of April, 2008

_Carla V. Canty_
**CARLA V. CANTY**
**NOTARY PUBLIC**
**MY COMMISSION EXPIRES NOV. 30, 2008**

CT #170588 v1