EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
OPERA SOLUTIONS LLC, OPSOL GLOBAL LTD.
and OPERA SOLUTIONS SHANGHAI LTD,    Index No. 08 CV 03284 (HB)
                                     **AFFIDAVIT OF SERVICE**

                Plaintiffs,

        -against-

XIADONG YAN, XDYAN, LLC and
DIA ASSOCIATES, LLC

                Defendants.
----------------------------------------------------------------------- X
STATE OF NEW JERSEY    )
                       :s.s:
COUNTY OF SOMERSET     )

      MARIA WEINGARTNER, being duly sworn, deposes and says:

      I am not a party to this action, am over the age of eighteen years, and reside in the State of New Jersey.

      I am an agent for EPS Judicial Process Service, Inc. and on the 1st day of April, 2008, at approximately 8:40 p.m. at the aforementioned address, I served true copies of the *SUMMONS IN A CIVIL ACTION, COMPLAINT, GUIDELINES FOR ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL AND INDIVIDUAL PRACTICES OF JUDGE HAROLD BAER, JR.* in the above-entitled action, upon XIADONG YAN, defendant herein named, by personally delivering to and leaving thereat true copies of the above mentioned documents with Lucy Li. At the time of service, Ms. Li identified herself as Mr. Yan's wife and as such is a person of suitable age and discretion residing at the aforementioned address.

Ms. Li is an Asian female, approximately 40 years of age, 5'5" tall, 125 lbs with dark hair and dark eyes.

On the 2nd day of April, 2008, I further mailed true copies of the *SUMMONS IN A CIVIL ACTION, COMPLAINT, GUIDELINES FOR ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL AND INDIVIDUAL PRACTICES OF JUDGE HAROLD BAER, JR.* in the above-entitled action, pursuant to NY CPLR §308(2) upon XIADONG YAN, defendant herein named. Such service was effected by personally enclosing said copies in a properly addressed, postage paid, securely fastened envelope bearing the legend "personal and confidential", and not indicating by return address or otherwise that such communication was from an attorney or concerned an action pending against him, and then depositing it into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed as follows:

Xiadong Yan
54 Blazier Road
Martinsville, New Jersey 08836

Sworn to before me this
15th day of April, 2008

NOTARY PUBLIC

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012

MARIA WEINGARTNER