EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OPERA SOLUTIONS LLC, OPSOL GLOBAL LTD.
and OPERA SOLUTIONS SHANGHAI LTD,            Index No. 08 CV 03284 (HB)
                                             **AFFIDAVIT OF SERVICE**

                      Plaintiffs,

        -against-

XIADONG YAN, XDYAN, LLC and
DIA ASSOCIATES, LLC

                      Defendants.
-------------------------------------------------------------------X
STATE OF NEW JERSEY  )
                             :s.s:
COUNTY OF SOMERSET  )

        MARIA WEINGARTNER, being duly sworn, deposes and says:

        I am not a party to this action, am over the age of eighteen years, and reside in the State of New Jersey.

        I am an agent for EPS Judicial Process Service, Inc. and on the 7th day of April, 2008, at approximately 9:20 p.m. at 54 Blazier Road, Martinsville, New Jersey, I served true copies of the *SUMMONS IN A CIVIL ACTION, COMPLAINT, GUIDELINES FOR ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL AND INDIVIDUAL PRACTICES OF JUDGE HAROLD BAER, JR.* in the above-entitled action, upon DIA ASSOCIATES, LLC, defendant herein named, by personally delivering to and leaving thereat true copies of the above mentioned documents with Xiadong Yan. At the time of service, Mr. Yan identified himself as the owner of DIA Associates, LLC and as a person authorized to accept service of process for DIA Associates, LLC.

Mr. Yan is an Asian male, approximately 46 years of age, 5'7" tall, 190 lbs with dark hair, dark eyes and wears glasses.

Sworn to before me this
15t<sup>h</sup> day of April, 2008

*Karen Lee Swickle* (signature)
NOTARY PUBLIC

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012

*Maria Weingartner* (signature)
MARIA WEINGARTNER