# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW JYORK
_____ No. 08 CV 03284 (HB)

OPERA SOLUTIONS LLC, ET AL,
                *Plaintiff,*

    -against-

XIADONG YAN, ET AL,
                *Defendants.*

_____

**State Of New York, County of New York SS:**
**JOLANTYNA CAGNEY**
Being duly sworn, deposes and says, that she is over the age of 18 years, is not party to this action and resides at New York.

That on the 9TH day of APRIL 2008 At: 8:50 PM

At: 700 1ST STREET, HOBOKEN, NEW JERSEY 07030

Deponent served the annexed: **AMENDED SUMMONS IN A CIVIL CASE, AMENDED COMPLAINT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ, INDIVIDUAL PRACTICES OF JUDGE HAROLD BAER, JR., PROCEDURES FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL**

Upon: **IVO NIKOLOV**

    **ALTERNATIVE METHOD (SUITABLE AGE PERSON)**
    By delivering thereat a true copy to **ROY JIMENEZ (CONCIERGE)** a person of suitable age and discretion. Said premises are defendant's last known residence within the state.

    **MAILING**
    ON APRIL 10, 2008, according to the CPLR 308 (Paragraph 2) - Deponent also enclosed a copy of same in a postpaid sealed wrapper properly marked **Personal and Confidential** and addressed to IVO NIKOLOV, 700 1ST STREET, APT. 9L, HOBOKEN, NEW JERSEY 07030 defendant's last known residence-and deposited said wrapper in - a post office - under the exclusive care and custody of the United States Postal Service within the State of New York.

    **DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
    Sex: **MALE** Color: **WHITE** Hair: **BLACK** App. Age: **36** App. Ht: **5'11"** App. Wt. **240**
    Other identifying features:

    Sworn to before me this 10TH
    day of APRIL 2008

                                           _____
                                           JOLANTYNA CAGNEY 116-9105

    MICHAEL PEREZ
    Notary Public, State of New York
    No. 01PE6065326
    Qualified in Queens County
    Commission Expires Oct. 15, 200_