# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW JYORK
_____ No. 08 CV 03284 (HB)

OPERA SOLUTIONS LLC, ET AL,
          *Plaintiff,*

-against-

XIADONG YAN, ET AL,
          *Defendants.*
_____

**State Of New York, County of New York SS:**
JOLANTYNA CAGNEY
Being duly sworn, deposes and says, that she is over the age of 18 years, is not party to this action and resides at New York.

That on the 9TH day of APRIL 2008 At: 8:00 PM

At: 1520 YORK AVENUE, NEW YORK, NEW YORK 10128

Deponent served the annexed: **AMENDED SUMMONS IN A CIVIL CASE, AMENDED COMPLAINT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ, INDIVIDUAL PRACTICES OF JUDGE HAROLD BAER, JR., PROCEDURES FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL**

Upon: **ANDREY S. KULJIEV**

### ALTERNATIVE METHOD (SUITABLE AGE PERSON)
By delivering thereat a true copy to **MICHAEL CONOVIC (DOORMAN)** a person of suitable age and discretion. Said premises are defendant's last known residence within the state.

### MAILING
ON APRIL 10, 2008, according to the CPLR 308 (Paragraph 2) - Deponent also enclosed a copy of same in a postpaid sealed wrapper properly marked **Personal and Confidential** and addressed to **ANDREY S. KULJIEV, 1520 YORK AVENUE, APT. 27F, NEW YORK, NEW YORK 10128** defendant's last known residence-and deposited said wrapper in - a post office - under the exclusive care and custody of the United States Postal Service within the State of New York.

### DESCRIPTION - Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **WHITE** Hair: **BLACK** App. Age: **39** App. Ht: **5'10"** App. Wt. **185**
Other identifying features:

Sworn to before me this 10TH
day of APRIL 2008

MICHAEL PEREZ
Notary Public, State of New York
No. 01PE6065326
Qualified in Queens County
Commission Expires Oct. 15, 2010

JOLANTYNA CAGNEY 116-9105