UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| OPERA SOLUTIONS LLC, OPSOL GLOBAL LTD., and OPERA SOLUTIONS SHANGHAI LTD., : | ECF CASE |
| : | Case No. 08 CV 03284 (HB) (THK) |
| Plaintiffs, : | |
| vs. : | **STIPULATION** |
| XIAODONG YAN, XDYAN, LLC, DIA ASSOCIATES, LLC, IVO NIKOLOV and ANDREY S. KULJIEV : : | |
| Defendants. : | |

------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties herein, that the time for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint shall be extended to and including May 9, 2008.

Dated:  New York, New York
        April 21, 2008

**THELEN REID BROWN RAYSMAN & STEINER LLP**

By: _____
George C. Springer, Jr.
185 Asylum Street
Cityplace II, 10th Floor
Hartford, CT 06103

Attorneys for Plaintiffs Opera Solutions LLC, OpSol Global Ltd., and Opera Solutions Shanghai Ltd.

**KRANTZ & BERMAN LLP**

By: _____
Marjorie E. Berman
747 Third Avenue, 32nd Floor
New York, NY 10017
(212) 661-0009

Attorneys for Defendants Xiadong Yan, Xdyan, LLC, DIA Associates, LLC, Ivo Nikolov and Andrey S. Kuljiev

SO ORDERED.

_____
The Honorable Harold Baer, Jr.
U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```