UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| OPERA SOLUTIONS LLC, | : **ECF CASE** |
| OPSOL GLOBAL LTD., and | : |
| OPERA SOLUTIONS SHANGHAI LTD., | : |
| | : Civil Action No. 08 CV 03284 |
| Plaintiffs, | : (HB)(THK) |
| | : |
| - against – | : |
| | : |
| XIAODONG YAN, XDYAN, LLC, | : **NOTICE OF PLAINTIFFS'** |
| DIA ASSOCIATES, LLC, IVO NIKOLOV and | : **CROSS-MOTION FOR TO LEAVE** |
| ANDREY S. KULJIEV | : **TO AMEND THE FIRST** |
| | : **AMENDED COMPLAINT** |
| Defendants. | :  **PURSUANT TO F.R.C.P. 15(a)** |

-----------------------------------------------------------X

PLEASE TAKE NOTICE that upon the annexed declaration of George C. Springer, Jr., sworn on May 14, 2008, and upon the exhibit attached thereto, and the accompanying Memorandum of Law in Opposition to Defendants' Motion to Dismiss and in Support of Plaintiffs' Cross- Motion for Leave to Amend Plaintiffs' First Amended Complaint, and the pleadings herein, Plaintiffs will move this Court, before the Honorable Harold Baer, Jr., for an Order denying the Motion to Dismiss and, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, for an Order granting leave to Plaintiffs to file the proposed Second Amended Complaint.

Dated:  Hartford, CT
        May 14, 2008

                                                                                      THELEN REID BROWN RAYSMAN & STEINER LLP

                                                  By: /s/ George C. Springer, Jr.
                                                      875 Third Avenue
                                                      New York, New York 10022-4728
                                                        Tel:  (212) 603-2000

                                                      *Attorneys for Plaintiffs*

CT #171965 v1

To:

Attorney Marjorie Berman
KRANTZ & BERMAN LLP
747 Third Avenue
32nd Floor
New York, New York 10017