------------------------------------------------------------X

OPERA SOLUTIONS LLC,  :   Civil Action No. 08 CV 03284 (HB)
OPSOL GLOBAL LTD., and  :
OPERA SOLUTIONS SHANGHAI LTD.,  :
 :
               Plaintiffs,  :
 :
   - against –  :
 :
XIAODONG YAN, XDYAN, LLC and  :
DIA ASSOCIATES, LLC,  :
 :
               Defendants.  :
 :
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:
```

## AFFIDAVIT OF KRISTI E. MACKIN

STATE OF CONNECTICUT )
                          )ss.:
COUNTY OF HARTFORD )

      KRISTI E. MACKIN, being duly sworn, deposes and says:

      1.     I am an associate of the law firm of Thelen Reid Brown Raysman & Steiner LLP ("Thelen"), counsel to Plaintiffs in the above-entitled action. I make this affidavit in support of my Motion to Withdraw as counsel of record for Plaintiffs.

      2.     Effective Monday, April 7, 2008, I shall no longer be associated with Thelen as I will be joining another firm.

      3.     On April 4, 2008, Scott H. Wyner, Esq. of Thelen has appeared as counsel for Plaintiffs.

CT #170323 v1

4. Defendant will not be prejudiced by my withdrawal at this stage as the Complaint has just been filed, and Defendant has not yet appeared

_____
Kristi E. Mackin

Sworn to before me this
___ day of April, 2008.

_____
Notary Public
CARLA V. CANTY
NOTARY PUBLIC
COMMISSION EXPIRES NOV. 30, 2008

*Assuming consent by your client this application is granted.*

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
5/22/08

2

BRMFS1 936840v1                                CT #170323 v1