DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OPERA SOLUTIONS LLC,                          :   ECF CASE
OPSOL GLOBAL LTD., and                        :
OPERA SOLUTIONS SHANGHAI LTD.,                :
                                              :   Civil Action No. 08 CV 03284
              Plaintiffs,                     :   (HB)(THK)
                                              :
      - against –                             :
                                              :
XIAODONG YAN, XDYAN, LLC,                     :
DIA ASSOCIATES, LLC, IVO NIKOLOV and          :   **STIPULATION**
ANDREY S. KULJIEV                             :   **OF DISMISSAL**
                                              :
              Defendants.                     :
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the parties herein that:

(1)   Defendants' pending Motion to Dismiss the First Amended Complaint and Plaintiffs' pending Cross-Motion to Amend the First Amended Complaint are withdrawn; and

(2)   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the within-captioned action is dismissed.

Dated: Hartford, CT
       July 3, 2008

**THELEN REID BROWN RAYSMAN &
STEINER LLP**

By: _____
    George C. Springer, Jr.
    185 Asylum Street
    Cityplace II, 10th Floor
    Hartford, CT 06103

*Attorneys for Plaintiffs Opera Solutions
LLC, OPSOL Global Ltd., and Opera
Solutions Shanghai Ltd.*

Dated: New York, NY
       July 8, 2008

**KRANTZ & BERMAN LLP**

By: _____
    Marjorie E. Berman
    747 Third Avenue, 32nd Floor
    New York, NY 10017
    (212) 661-0009

*Attorneys for Defendants Xiadong Yan,
Xdyan, LLC, DIA Associates, LLC, Ivo
Nikolov and Andrey S. Kuljiev*

remove this matter from my docket. The conference on
July 14, 2008 is cancelled.                    08 CV 3284

SO ORDERED:

_____
U.S.D.J. Harold Baer, Jr.

July 9, 2008

CT #174062 v1